

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

November 13, 2019

Honorable Cathy Seibel
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted. Mr. Klein may visit Staten Island and New Jersey tomorrow, provided he gives the particulars to Pretrial Services.  Pretrial Services may in its discretion permit Mr. Klein to attend another memorial for his aunt should there be one.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

11/13/19

**Re:**   **United States v. Steven Klein**
         **Case No.: 19 Cr. 375 (CS)**

Dear Judge Seibel,

    I represent Steven Klein who is currently out on bail and restricted to travel to SDNY and District of Connecticut. For the reasons stated herein, I respectfully request a modification of Mr. Klein's bail conditions so that he may travel to the EDNY and to the District of New Jersey to attend funeral services, and related proceedings, in honor of his aunt who passed away today.

    Mr. Klein requests permission to attend the funeral services for his aunt tomorrow in Staten Island, NY (EDNY) and then travel to New Jersey and mourn with his family at a relative's home. If approved, Mr. Klein would provide an itinerary to Pre-Trial Services and be available via telephone at all times. Should a family gathering in memory of his aunt be held at a later date, I further request that the Court delegate Pre-Trial Services with authorization to approve travel by Mr. Klein to New Jersey and/or EDNY that is related  his aunt's passing.

    The Government and Pre-Trial Services have no objection to this request.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

                                                  Respectfully submitted,

                                                  <u>s/Sam Braverman</u>
                                                  Sam Braverman, Esq.

Cc:    David Felton, AUSA
        Jillian Killian, SDNY PTS
        Lisa Vansambeck, CT PTS

**225 Broadway, Suite 715**            **505 Eighth Avenue, Suite 300**            **Post Office Box 127**
**New York, New York 10007**            **New York, New York 10018**            **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**            **Tel (212) 967-0352**            **Tel (201) 569-1595**
**Fax (212) 566-8165**            **Fax (201) 596-2724**            **Fax (201) 596-2724**