

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

**Mr. Klein may travel as requested, provided all particulars are provided to and approved by Pretrial Services. (I do not know if he is paying for this trip, and I have no idea whether or not he will be found guilty. But if he is found guilty, he in all likelihood will have a restitution obligation that he may want to bear in mind when making spending decisions.)**

December 24, 2019

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

12/26/19

Honorable Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:   United States v. Steven Klein
       Case No.: 19 Cr. 375**

Dear Judge Seibel,

On behalf of my client Steven Klein, I respectfully request a modification of his bail conditions so that he may travel to Vermont from December 28 to January 5 on a family ski trip. Mr. Klein would travel via car to Vermont and stay at an AirBnB. If approved, he would provide Pre-Trial Services with an itinerary of his trip prior to his departure and be available to communicate with Pre-Trial throughout the trip.

Pre-Trial has no objections to this request. The Government has no objection, provided Pre-Trial Services approves the itinerary.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/ Sam Braverman
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA David R. Felton

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724