

Louis V. Fasulo, Esq. – NY & NJ
Samuel M. Braverman, Esq. – NY & NJ
Charles Di Maggio, Esq. – NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com
LFasulo@fbdmlaw.com

**Application granted**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/17/20

March 17, 2020

<u>*Via electronic filing*</u>
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street, Room 520
White Plains, New York 10601

**Re:**   *United States v. Steven Klein,*
         *Case No.: 19 Cr. 375*

Dear Judge Seibel,

    On behalf of my client Steven Klein, I respectfully request a modification of Mr. Klein's bail conditions so that he may travel to Woburn, MA on Thursday, March 19 to pick up a piece of equipment – specifically a 2018 Bobcat 7167314 four in one bucket attachment. If approved, Mr. Klein would provide Pre-Trial Services with an itinerary of his trip prior to traveling, and be available via cellphone.

    The Government and Pre-Trial Services have no objection to this request.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

                                  Respectfully submitted,

                                  /s/ Samuel M. Braverman
                                Samuel M. Braverman, Esq.
                                Fasulo Braverman & DiMaggio, LLP

Cc: AUSA (Via ECF)