

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

August 3, 2020

Honorable Cathy Seibel
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Steven Klein*
      Case No.: 19 Cr. 375 (CS)

Permission granted to travel as requested.  All particulars shall be provide to Pretrial Services.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.    8/3/20

Dear Judge Seibel,

    I represent Steven Klein who is currently out on bail and restricted to travel to SDNY and District of Connecticut. For the reasons stated herein, I respectfully request a modification of Mr. Klein's bail conditions so that he may travel to Pittsburg, New Hampshire.

    Mr. Klein requests permission to travel to Pittsburg, New Hampshire with his family to stay with friends. The dates of travel are; August 13 to August 16. If approved, Mr. Klein would provide an itinerary to Pre-Trial Services and be available via telephone at all times.

    The Government and Pre-Trial Services have no objection to this request.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

    Respectfully submitted,

    s/ Sam Braverman
    Samuel M. Braverman, Esq.
    Fasulo Braverman & Di Maggio, LLP

225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

**225 Broadway, Suite 715**         **505 Eighth Avenue, Suite 300**         **Post Office Box 127**
**New York, New York 10007**         **New York, New York 10018**         **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**         **Tel (212) 967-0352**         **Tel (201) 569-1595**
**Fax (212) 566-8165**         **Fax (201) 596-2724**         **Fax (201) 596-2724**