

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

October 22, 2020

Hon. Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Travel approved as requested. Defendant shall provide all particulars to Pretrial Services. Should any quarantine restrictions be imposed relating to the affected states, Defendant shall comply with them.*

SO ORDERED.

*/s/ Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

10/22/20

***Re:*** ***United States v. Steven Klein***
***Case No.: 19 Cr. 375 (CS)***

Dear Judge Seibel,

I respectfully request a modification to Mr. Klein's bail conditions so that he may travel to Pennsylvania on a business trip, and to New Hampshire for Thanksgiving.

Mr. Klein requests permission to travel to Littletown, PA to inspect an excavator prior for purchase. If approved, he would drive to/from PA on the same day. Because the date of travel is subject to the date the excavator arrives at the business location, I request that Mr. Klein be given permission to travel in advance, provided he notifies Pre-Trial Services prior to departing.

He also seeks permission to travel to New Hampshire to visit family during the Thanksgiving holiday. If approved, he would drive to New Hampshire on November 25, 2020 and return by November 29, 2020. Mr. Klein would provide an itinerary to Pre-Trial Services for both trips.

The Government and Pre-Trial Services have no objections to either request.

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Samuel M. Braverman

Cc: AUSA

**225 Broadway, Suite 715**
**New York, New York 10007**
**Tel (212) 566-6213**
**Fax (212) 566-8165**

**505 Eighth Avenue, Suite 300**
**New York, New York 10018**
**Tel (212) 967-0352**
**Fax (201) 596-2724**

**Post Office Box 127**
**Tenafly, New Jersey 07670**
**Tel (201) 569-1595**
**Fax (201) 596-2724**