

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

January 5, 2020

Hon. Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Application granted.  Pretrial Services is hereby authorized to address future travel requests related to college visits for Defendant's daughter.  Defendant shall be required to comply with all state quarantine requirements.**

**SO ORDERED.**

1/5/21

CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Steven Klein, et. al.*
       *Case No.: 19 Cr. 375 (CS)*

Dear Judge Seibel,

    I respectfully request a modification of Mr. Klein's bail [conditions so he may visit] colleges with his daughters.

    Mr. Klein would like to accompany his daughters on visits to colleges in the upcoming weeks. His daughters currently plans on visiting universities in Tampa, Florida and in Ithaca, New York. Provided he gives Pre-Trial Services a copy of his itinerary prior to his trips, we respectfully request the Court modify Mr. Klein's bail conditions so that he may travel out of the district for said purposes. Furthermore, in order to allow him to address any last minute modifications (i.e. additional college visits) to the itineraries that may arise, I also ask the Court authorize Pre-Trial Services to address any future travel requests by Mr. Klein related to college visits with his family.

    The Government and Pre-Trial Services have no objections to this request.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Sam Braverman

Cc: Emily Deininger, AUSA (via ECF)

| 225 Broadway, Suite 715 | 505 Eighth Avenue, Suite 300 | Post Office Box 127 |
|---|---|---|
| New York, New York 10007 | New York, New York 10018 | Tenafly, New Jersey 07670 |
| Tel (212) 566-6213 | Tel (212) 967-0352 | Tel (201) 569-1595 |
| Fax (212) 566-8165 | Fax (201) 596-2724 | Fax (201) 596-2724 |