**Application granted**

SO ORDERED.

*Cathy Seibel* 07/28/2021
CATHY SEIBEL, U.S.D.J.



Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

July 28, 2021

Hon. Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Re: **United States v. Steven Klein**
Case No.: 19 Cr. 375*

Dear Judge Seibel,

    I respectfully request a modification of Steven Klein's bail conditions so that he may visit his sister in New Hampshire.

    As the Court may recall, Mr. Klein was sentenced on June 16, 2021 and is scheduled to self-surrender to the Bureau of Prisons by 2pm on September 8, 2021. He would like permission to travel to his sister's home in New Hampshire on August 6 and return August 9. If approved, he would provide an itinerary to Pre-Trial Services prior to his trip. Additionally, he would like to travel to his sister's home sometime after the aforementioned period prior to his surrender date.

    As a result, I respectfully request a bail modification of Mr. Klein's bail conditions so that: (1) he may travel to his sister's home during the above mentioned period of time, and (2) any future requests to travel to his sister's home in New Hampshire is solely authorized by Pre-Trial Services, without the need for court intervention.

    Pre-Trial Services has no objection to these requests. The Government has no objections to these requests as well, so long as Mr. Klein provides Pre-Trial services an itinerary prior to his trip(s).

---

**225 Broadway, Suite 715**  **505 Eighth Avenue, Suite 300**  **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**  **New York, New York 10018**  **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**  **Tel (212) 967-0352**  **Tel (201) 569-1595**
**Fax (212) 566-8165**  **Fax (201) 596-2724**  **Fax (201) 596-2724**

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact the office.

          Respectfully submitted,

          <u>s/Sam Braverman</u>
          Samuel M. Braverman
          Fasulo Braverman & Di Maggio, LLP
          225 Broadway, Suite 715
          New York, New York 10007
          Tel. 212-566-6213

Cc:    Emily Deininger, AUSA

**225 Broadway, Suite 715**    **505 Eighth Avenue, Suite 300**    **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**    **New York, New York 10018**    **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**    **Tel (212) 967-0352**    **Tel (201) 569-1595**
**Fax (212) 566-8165**    **Fax (201) 596-2724**    **Fax (201) 596-2724**